*Mr. George F. Barrett,* Attorney General of Illinois, for respondent.

No. 1053. PEARSON *v.* CALIFORNIA. June 2, 1941. Petition for writ of certiorari to the District Court of Appeal, Second Appellate District, of California, and motion for leave to proceed further *in forma pauperis,* denied. *Clarence Pearson, pro se.*

No. 1060. BOERNER *v.* UNITED STATES. June 2, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. C. Joseph Danahy* for petitioner.

No. 1081. BECK *v.* UNITED STATES. June 2, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied for the reason that application therefor was not made within the time provided by law. Rule XI of the Criminal Appeals Rules, 292 U. S. 665–666. MR. JUSTICE DOUGLAS took no part in the consideration and decision of this application. *Christian W. Beck, pro se.*